SO ORDERED: November 28, 2018.



Jeffrey J. Graham
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE:
Donald Jay Davis aka D.J. Davis            CASE NO. 13-04850-JJG-13
                                           CHAPTER 13
Debtor

### ORDER MODIFYING THE AUTOMATIC STAY AND ABANDONMENT

The Court having reviewed the Motion to Modify the Automatic Stay and Request for Abandonment, now GRANTS said Motion.

**IT IS ORDERED** that Wells Fargo Bank, N.A., its successors, agents and assigns are hereby relieved of the automatic stay;

**IT IS FURTHER ORDERED** that Wells Fargo Bank, N.A. is limited to its in rem remedies;

**IT IS FURTHER ORDERED** that the property located at 309 Arthur Street, Indianapolis, IN 46229 is abandoned from the bankruptcy estate.

**IT IS FURTHER ORDERED** that this Order is not stayed, pursuant to Bankruptcy Rule 4001(a)(3), and is effective immediately.

###